**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SANDY BENJAMIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:24-cv-03004-TLP-tmp |
| v. | ) | |
| | ) | |
| TENNESSEE DEPARTMENT OF | ) | |
| CORRECTION, Women's Therapeutic | ) | |
| Residential Center, and WARDEN | ) | |
| STANLEY DICKERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE WITHOUT PREJUDICE**

In December 2024, pro se Plaintiff Sandy Benjamin sued Defendants Tennessee Department of Correction and Warden Stanley Dickerson alleging Americans with Disabilities Act violations.  (ECF No. 2.)  Under Administrative Order No. 2013-05, the Court referred this case to Chief Magistrate Judge Tu M. Pham to manage all pretrial matters.  The Clerk then issued summons to each Defendant, and Plaintiff was to serve them.  (ECF No. 8.)  But Plaintiff never served Defendants.  So on July 8, 2025, Judge Pham ordered Plaintiff to show cause why the Court should not dismiss the case without prejudice for failure to serve Defendants timely.  (ECF No. 8.)  *See* Fed. R. Civ. P. 4(m).[1]  He gave Plaintiff through July 22, 2025, to respond.  (*Id.*)  But she never did.

---

[1] "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Judge Pham then issued his Report and Recommendation ("R&R") in August 2025 recommending that the Court dismiss the Complaint for failing to comply with his Order. (ECF No. 9.) Plaintiff had through August 20, 2025, to object to the R&R. (*Id.*) But she never objected, and the time to do so has long passed.

Having reviewed the record here, the Court finds no clear error in the Chief Magistrate Judge's R&R. *See* Fed. R. Civ. P. (b)(2) advisory committee notes; *see also* 28 U.S.C. § 636(b)(1). Simply put, Plaintiff's lack of participation shows that she lacks an intention to prosecute this case. She never served Defendants. And she never responded to Judge Pham's Show Cause Order or objected to his R&R. In fact, the last time Plaintiff acted in this case was fifteen months ago when she first sued. The Court therefore **ADOPTS** the R&R and **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of April, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE